IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARLA WIGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>    Defendant. | CV 20-98-M-DWM<br><br>JUDGMENT |

  This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Carla Wigton in the amount of $1,100,000. Pursuant to the Court's Order (Doc. 39) prejudgment interest is awarded from April 15, 2020 to July 28, 2021, at the Montana rate, Mont. Code Ann. § 25-9-205(1), and post-judgment interest is awarded from July 28, 2021, until paid at the federal rate, 28 U.S.C. § 1961.

  This matter is now closed.

  Dated this 28th day of July, 2021.

           TYLER P. GILMAN, CLERK

           By: /s/ Nicole Stephens
           Nicole Stephens, Deputy Clerk