IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARLA WIGTON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>　　　　　　Defendant. | CV 20-98-M-DWM<br><br>AMENDED JUDGMENT |

　　　Pursuant to the Court's Orders, Doc. 66, and Doc. 39, IT IS ORDERED AND ADJUDGED that judgment is amended and entered in favor of Plaintiff Carla Wigton in the amount of $1,100,000. Prejudgment interest is awarded from April 15, 2020 to July 28, 2021, at the Montana rate, Mont. Code Ann. § 25-9-205(1), and post-judgment interest is awarded from July 28, 2021, until paid at the federal rate, 28 U.S.C. § 1961. Fees are awarded in the amount of $56,657.00

　　　Dated this 30th day of November, 2021.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Nicole Stephens
　　　　　　　　　　　　　　Nicole Stephens, Deputy Clerk