IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARLA WIGTON, | CV 20–98–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

This case having been remanded from the Ninth Circuit Court of Appeals and the amended judgment vacated,

IT IS ORDERED that the Supersedeas Bond No. 96-BN X1444, issued by State Farm Fire and Casualty Company in the amount of $1,550,000 on November 30, 2021, (*see* Doc. 68), is RELEASED and is null and void for all purposes. *See* Fed R. Civ. P. 62(b).

DATED this 23rd day of March, 2023.

Donald W. Molloy, District Judge
United States District Court

1